## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAYSEN ALEXANDER PATTERSON, | Case No.: 2:20-cv-01614-JAD-DJA |
| Petitioner | |
| v. | **Order Granting Motion for Leave to File Second Amended Petition** |
| CALVIN JOHNSON, et al., | [ECF No. 12] |
| Respondents | |

Petitioner Jaysen Patterson brings this motion for leave to file a second amended petition.[1] He notes that he filed a counseled first amended petition[2] as a protective petition to ensure that all claims are timely, and he wants the time remaining under the court's scheduling order[3] to file a fully considered, counseled second amended petition. Good cause appearing, IT IS HEREBY ORDERED that the Motion for Leave to File Second Amended Petition **[ECF No. 12] is GRANTED.** Petitioner's deadline to file a second amended petition is March 30, 2021.

Dated: January 6, 2021

_____
U.S. District Judge

---

[1] ECF No. 12.
[2] ECF No. 10.
[3] ECF No. 9.