# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Jaysen Alexander Patterson,<br><br>　　　　Petitioner<br><br>v.<br><br>Calvin Johnson, et al.,<br><br>　　　　Respondents | Case No.: 2:20-cv-01614-JAD-DJA<br><br>**Order Granting Unopposed Motion<br>for Extension of Time**<br><br>[ECF No. 14] |

　　　Petitioner Jaysen Alexander Patterson brings this 28 U.S.C. § 2254 petition for a writ of habeas corpus to challenge his 2015 state-court conviction for one count of arson and three counts of burglary. Patterson's second amended petition is due March 30, 2021, and Patterson moves to extend that deadline to May 14, 2021 because counsel is obtaining and organizing the state-court records and prior counsels' files.[1]  Good cause appearing,

　　　**IT IS ORDERED** that petitioner's unopposed motion for extension of time **[ECF No. 14] is GRANTED. Petitioner's deadline to file a second amended petition is extended to May 14, 2021.**

　　　Dated: April 6, 2021
　　　nunc pro tunc to 3/30/2021

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 14.