# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Jaysen Alexander Patterson,<br><br>　　　Petitioner<br><br>v.<br><br>Calvin Johnson, et al.,<br><br>　　　Respondents | Case No.: 2:20-cv-01614-JAD-DJA<br><br>**Order Granting Unopposed Motion<br>for Extension of Time**<br><br>[ECF No. 29] |

Petitioner Jaysen Alexander Patterson brings this 28 U.S.C. § 2254 petition for a writ of habeas corpus to challenge his 2015 state-court conviction for one count of arson and three counts of burglary. Patterson's response to respondents' motion to dismiss[1] currently is due July 23, 2021, and Patterson moves to extend that deadline[2] to after my ruling upon Patterson's motion to strike motion to dismiss or, in the alternative, motion for more definite statement.[3] Good cause appearing,

**IT IS ORDERED** that petitioner's motion for extension of time (first request) **[ECF No. 29] is GRANTED. Petitioner need not respond to respondents' motion to dismiss until further order of the court.**

Dated: July 21, 2021

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 18.
[2] ECF No. 29.
[3] ECF No. 28.