# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Jaysen Alexander Patterson,<br><br>   Petitioner<br><br>v.<br><br>Calvin Johnson, et al.,<br><br>   Respondents | Case No.: 2:20-cv-01614-JAD-DJA<br><br>**Order Granting Unopposed Motion<br>for Extension of Time**<br><br>[ECF No. 44] |

Petitioner Jaysen Alexander Patterson brings this 28 U.S.C. § 2254 petition for a writ of habeas corpus to challenge his 2015 state-court conviction for one count of arson and three counts of burglary. Patterson's response to respondents' renewed motion to dismiss[1] currently is due March 1, 2022, and Patterson moves to extend that deadline[2] to April 15, 2022, because of deadlines in other cases. The motion is unopposed. Good cause appearing,

**IT IS ORDERED** that petitioner's motion for unopposed extension of time (first request) **[ECF No. 44] is GRANTED. Petitioner's response to respondents' renewed motion to dismiss [ECF No. 36] is due April 15, 2022.**

Dated: March 10, 2022

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 36.
[2] ECF No. 44.