## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Jaysen Alexander Patterson,<br><br>　　　　Petitioner<br><br>v.<br><br>Calvin Johnson, et al.,<br><br>　　　　Respondents | Case No.: 2:20-cv-01614-JAD-DJA<br><br>**Order Granting Unopposed Motion<br>For Enlargement of Time**<br><br>[ECF No. 47] |

　　　Petitioner Jaysen Alexander Patterson brings this 28 U.S.C. § 2254 petition for a writ of habeas corpus to challenge his 2015 state-court conviction for one count of arson and three counts of burglary. Respondents' reply in support of their renewed motion to dismiss[1] currently is due April 11, 2022, and respondents move to extend that deadline[2] to May 26, 2022, because of work and deadlines in other cases. The motion is unopposed. Good cause appearing,

　　　**IT IS ORDERED** that respondents' unopposed motion for enlargement of time (first request) **[ECF No. 47] is GRANTED. Respondents' reply in support of their renewed motion to dismiss [ECF No. 36] is due May 26, 2022.**

　　　Dated: May 2, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 36.
[2] ECF No. 47.