UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Jaysen Alexander Patterson,<br><br>　　Petitioner<br><br>v.<br><br>Calvin Johnson, *et. al.*,<br><br>　　Respondents. | Case No.: 2:20-cv-01614-JAD-DJA<br><br>**Order Granting Nunc Pro Tunc Unopposed Motion for Extension of Time**<br><br>[ECF No. 56] |

　　Counseled Petitioner Jaysen Patterson brings an unopposed motion to extend by 90 days the time to file his reply to the Answer to the Second Amended Petition.[1] This is Patterson's first request for an extension. So, with good cause appearing, IT IS HEREBY ORDERED that the unopposed motion for extension of time **[ECF No. 56] is GRANTED nunc pro tunc**. Patterson has **until January 24, 2023, to file his reply to the Answer to the Second Amended Petition**.

　　Dated: November 1, 2022

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge

---

[1] ECF No. 56.