UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Jaysen Alexander Patterson,<br><br>   Petitioner<br><br>v.<br><br>Calvin Johnson, *et. al.*,<br><br>   Respondents. | Case No.: 2:20-cv-01614-JAD-DJA<br><br>**Order Granting Nunc Pro Tunc Unopposed Motion for Extension of Time Second Request**<br><br>[ECF No. 58] |

Counseled Petitioner Jaysen Patterson brings an unopposed motion to extend by 62 days the time to file his reply to the Answer to the Second Amended Petition, arguing that more time is needed because counsel's caseload has greatly expanded.[1]  This is Patterson's second request for an extension.  With good cause appearing, IT IS HEREBY ORDERED that the unopposed motion for extension of time **[ECF No. 58] is GRANTED nunc pro tunc**.  Patterson has **until March 27, 2023, to file his reply to the Answer to the Second Amended Petition**.

Dated: January 25, 2023

_____
U.S. District Judge

---

[1] ECF No. 58.