# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Jaysen Alexander Patterson,

    Petitioner

v.

Calvin Johnson, *et. al.*,

    Respondents.

Case No.: 2:20-cv-01614-JAD-DJA

**Order Granting Nunc Pro Tunc Unopposed Motion for Extension of Time Third Request**

**[ECF No. 60]**

Counseled Petitioner Jaysen Patterson brings an unopposed motion to extend by 30 days the time to file his reply to the Answer to the Second Amended Petition, arguing that more time is needed because counsel's caseload has again greatly expanded.[1]  This is Patterson's third request for an extension.  With good cause appearing, IT IS HEREBY ORDERED that the unopposed motion for extension of time **[ECF No. 60] is GRANTED nunc pro tunc** to March 27, 2023.  Patterson has **until April 26, 2023, to file his reply to the Answer to the Second Amended Petition**.

Dated: March 28, 2023

_____
U.S. District Judge

---

[1] ECF No. 60.